**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Jasmine HARGROVE, a/k/a Jasmine Champion, Defendant-Appellant.**

No. 17-7206

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Jasmine Hargrove, Appellant Pro Se. Edward D. Gray, Rudy E. Renfer, Seth Morgan Wood, Assistant United States Attorneys, Tobin Webb Lathan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasmine Hargrove appeals the district court's order denying relief on her 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. *See United States v. Muldrow*, 844 F.3d 434, 437 (4th Cir. 2016) (reviewing district court's decision whether to reduce sentence under § 3582(c)(2) for abuse of discretion). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*